**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vincent MEAD, Defendant–Appellant.**

**No. 06–11685**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 28, 2006.

James H. Burke, Jr., Federal Public Defender, R. Fletcher Peacock, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

James H. Burke, Jr., appointed counsel for Vincent Mead in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Mead's supervised release and the resulting 60–month sentence is **AFFIRMED.**